[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11650
Non-Argument Calendar
_____

D.C. Docket No. 3:13-cr-00061-MCR-1

JASON ANDREW VITULANO,

Defendant-Appellant,

versus

UNITED STATES OF AMERICA,

Plaintiff-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(October 8, 2014)

Before WILSON, MARTIN, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Donald M. Sheehan, appointed counsel for Jason Vitulano in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).    Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.    Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Vitulano's motion for appointment of new counsel is **DENIED**, and Vitulano's convictions and sentences are **AFFIRMED**.